**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Christopher Scott Brann v. Carlos Guimaraes and Jemima Guimaraes

Appellate case number:    01-19-00439-CV

Trial court case number:    2019-11003

Trial court:    270th District Court of Harris County

      Appellees Carlos Guimaraes and Jemima Guimaraes have filed a motion for en banc reconsideration, which the court by a unanimous vote of the participating justices DENIES.

Justice's signature:  /s/ Gordon Goodman
                     Acting for the Court

En banc court consists of: Chief Justice Radack and Justices Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Justice Kelly not participating.

Date:  August 3, 2021